FILED'08 DEC 27 15:21 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | CR 05-323-03-RE |
| v. | ORDER GRANTING MOTION FOR REDUCTION OF SENTENCE |
| MICHAEL LEVY, | PURSUANT TO Fed. R. Crim. P. 35(b) |
| Defendant. | |

The Government's Motion (document 325) for Reduction of Sentence Pursuant to Fed. R. Crim. P. 35(b) is Granted. The defendant's sentence is reduced to a sentence of time-served. An Amended Judgment will be filed.

IT IS SO ORDERED.

DATED this 27th day of December 2008.

James A. Redden
Senior U.S. District Judge

ORDER - Page 1